

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*Michelle V. Larson*

**Signed September 19, 2025**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| TAG INTERMEDIATE HOLDING COMPANY, LLC, | ) | Case No. 25-33495 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR AUTO GROUP, LLC, | ) | Case No. 25-33496 |
| | ) | |
| Debtor. | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR AUTO ACCEPTANCE, LLC, | ) | Case No. 25-33497 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR INSURANCE AGENCY, LLC, | ) | Case No. 25-33512 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOME LOANS LLC DBA TRICOLOR MORTGAGE, | ) | Case No. 25-33511 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR REAL ESTATE SERVICES, LLC, | ) | Case No. 25-33514 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| TAG CALIFORNIA HOLDING COMPANY, LLC, | ) | Case No. 25-33493 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| FLEXI COMPRAS AUTOS, LLC, | ) | Case No. 25-33490 |
| | ) | |
| Debtor. | ) | |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TAG CALIFORNIA INTERMEDIATE HOLDING COMPANY, LLC, | ) | Case No. 25-33494 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR CALIFORNIA AUTO GROUP, LLC, | ) | Case No. 25-33502 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR CALIFORNIA AUTO ACCEPTANCE, LLC, | ) | Case No. 25-33501 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RISK ANALYTICS LLC, | ) | Case No. 25-33491 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR TAX, LLC, | ) | Case No. 25-33515 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR FINANCIAL, LLC, | ) | Case No. 25-33510 |
| | ) | |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR AUTO RECEIVABLES LLC, | ) | Case No. 25-33498 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| TAG ASSET FUNDING, LLC, | ) | Case No. 25-33492 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 7 |
| | ) | |
| APOYO FINANCIAL, LLC, | ) | Case No. 25-33489 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### AMENDED ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 7 CASES AND (II) GRANTING RELATED RELIEF

Upon the motion ("Motion")[1] of Anne Elizabeth Burns, the Chapter 7 Trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor") and the estates of related debtor entities (the "Debtors"),[2] seeking entry of an order (this "Order"), (a) directing procedural consolidation and joint administration of the above-captioned chapter 7 cases and (b) granting

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Motion.

[2] The Debtors' Estates (as defined herein) consist of Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC (Case No. 25-33495), Tricolor Auto Group, LLC (Case No. 25-33496), Tricolor Auto Acceptance, LLC (Case No. 25-33497), Tricolor Insurance Agency, LLC (Case No. 25-33512), Tricolor Home Loans LLC dba Tricolor Mortgage (Case No. 25-33511), Tricolor Real Estate Services, LLC (Case No. 25-33514), TAG California Holding Company, LLC (Case No. 25-33493), Flexi Compras Autos, LLC (Case No. 25-33490), TAG California Intermediate Holding Company, LLC (Case No. 25-33494), Tricolor California Auto Group, LLC (Case No. 25-33502), Tricolor California Auto Acceptance, LLC (Case No. 25-33501), Risk Analytics LLC (Case No. 25-33491), Tricolor Tax, LLC (Case No. 25-33515), Tricolor Financial, LLC (Case No. 25-33510), Tricolor Auto Receivables LLC (Case No. 25-33498), TAG Asset Funding, LLC (Case No. 25-33492), and Apoyo Financial, LLC (Case No. 25-33489).

4

related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Order of Reference of Bankruptcy Cases and Proceedings Nunc Pro Tunc dated August 3, 1984*, entered by the United States District Court for the Northern District of Texas; and the matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue of this proceeding and the Motion in this District being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court being able to issue a final order consistent with Article III of the United States Constitution; and due and sufficient notice of the Motion having been given under the particular circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and it appearing that no other or further notice is necessary; and the Court having found that joint administration of these cases would serve judicial economy and is appropriate pursuant to Bankruptcy Rule 1015(b) and (c); and it appearing that the relief requested in the Motion is in the best interests and without prejudice to the rights of the Trustee, the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      The above-captioned chapter 7 cases (collectively, the "Chapter 7 Cases") are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 25-33487 (MVL) (the "Main Case").

3.       In the event that any of the Chapter 7 Cases have been assigned to separate judges,

all such cases shall be transferred to the judge with the lowest numbered case.

4.       The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TRICOLOR HOLDINGS, LLC, *et al.*,[1] | ) | Case No. 25-33487 (MVL) |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

[1]    The Debtors in these chapter 7 cases are as follows: Tricolor Holdings, LLC, TAG Intermediate Holding Company, LLC, Tricolor Auto Group, LLC, Tricolor Auto Acceptance, LLC, Tricolor Insurance Agency, LLC, Tricolor Home Loans LLC dba Tricolor Mortgage, Tricolor Real Estate Services, LLC, TAG California Holding Company, LLC, Flexi Compras Autos, LLC, TAG California Intermediate Holding Company, LLC, Tricolor California Auto Group, LLC, Tricolor California Auto Acceptance, LLC, Risk Analytics LLC, Tricolor Tax, LLC, Tricolor Financial, LLC, Tricolor Auto Receivables LLC, TAG Asset Funding, LLC, and Apoyo Financial, LLC.

5.       The foregoing caption satisfies the requirements set forth in Bankruptcy Rule 1005 and the first sentence of Bankruptcy Code section 342(c)(1).

6.       All orders, pleadings, papers, and documents, except proofs of claim, lists, schedules, and statements, to be filed in the jointly administered cases shall be filed and docketed in the Main Case and bear the foregoing caption.

7.       All proofs of claim, lists, schedules, and statements shall be filed and docketed under the case number representing the estate in which the claim, list, schedule, or statement is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate.

8.    If pleadings, papers, or documents have been filed in any of the Chapter 7 Cases other than the Main Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) re-file the pleading, paper, or document in the Main Case within three (3) business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Main Case, and (iii) notice the hearing to all appropriate parties.

9.    A docket entry, substantially similar to the following, shall be entered on the docket of each of the Debtors, other than Tricolor Holdings, LLC, to reflect the joint administration of these Chapter 7 Cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas directing, for procedural purposes only, joint administration of the chapter 7 cases of the following entities: TAG Intermediate Holding Company, LLC (Case No. 25-33495), Tricolor Auto Group, LLC (Case No. 25-33496), Tricolor Auto Acceptance, LLC (Case No. 25-33497), Tricolor Insurance Agency, LLC (Case No. 25-33512), Tricolor Home Loans LLC dba Tricolor Mortgage (Case No. 25-33511), Tricolor Real Estate Services, LLC (Case No. 25-33514), TAG California Holding Company, LLC (Case No. 25-33493), Flexi Compras Autos, LLC (Case No. 25-33490), TAG California Intermediate Holding Company, LLC (Case No. 25-33494), Tricolor California Auto Group, LLC (Case No. 25-33502), Tricolor California Auto Acceptance, LLC (Case No. 25-33501), Risk Analytics LLC (Case No. 25-33491), Tricolor Tax, LLC (Case No. 25-33515), Tricolor Financial, LLC (Case No. 25-33510), Tricolor Auto Receivables LLC (Case No. 25-33498), TAG Asset Funding, LLC (Case No. 25-33492), and Apoyo Financial, LLC (Case No. 25-33489). **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in Tricolor Holdings, LLC, Case No. 25-33487 (MVL)**.

10.    One consolidated docket, one file, and one consolidated service list shall be maintained by the Trustee and kept by the Clerk of the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

11.    Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the Chapter 7 Cases, the

Debtors, or the Debtors' estates, and this Order shall be without prejudice to the rights of the Trustee to seek entry of an order substantively consolidating their respective cases.

12.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion under the circumstances, and the requirements of the Bankruptcy Rules, and the Local Rules, and the Complex Case Procedures are satisfied by such notice.

13.     The Trustee is authorized to take all actions necessary to implement the relief granted in this Order.

14.     The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

### END OF ORDER ###

Submitted by:

Charles R. Gibbs (TX Bar No. 7846300)
Marcus A. Helt (TX Bar No. 24052187)
Michael Wombacher (TX Bar No. 24120434)
**MCDERMOTT WILL & SCHULTE LLP**
2801 North Harwood Street, Suite 2600
Dallas, Texas 75201-1664
Tel: (214) 295-8000
Fax: (972) 232-3098
E-mail: crgibbs@mwe.com
          mhelt@mwe.com
          mwombacher@mwe.com

-and-

Darren Azman (*pro hac vice* motion to be filed)
**MCDERMOTT WILL & SCHULTE LLP**
One Vanderbilt Avenue
New York, New York 10017-3852
Tel: (212) 547-5400
Fax: (212) 547-5444
E-mail: dazman@mwe.com

*Proposed Counsel to the*
*Chapter 7 Trustee*